COA # 10-13-00245-CR

OFFENSE: Sexual Abuse of a Child

STYLE: Russell Scott Walden v. The State of Texas

COUNTY: Johnson

TRIAL COURT: 18th District Court
TRIAL COURT #: F45382
TRIAL COURT JUDGE: Hon. John Edward Neill
DISPOSITION: AFFIRMED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE: September 9, 2014

JUSTICE: Davis            PC      S   YES
PUBLISH: _____          DNP:  YES

CLK RECORD: 8/1/2013 - 1 volume
RPT RECORD: 10/11/2013 - 15 volumes
STATE BR: 2/4/2014
APP BR: 1/10/2014

SUPP CLK RECORD: _____
SUPP RPT RECORD: _____
SUPP BR: _____
PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 02/04/2015
JUDGE: _Per Curiam_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____